FILED 

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 19 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: COUNTY OF ORANGE. | No. 14-72343 |
|---|---|
| COUNTY OF ORANGE, a political subdivision of the State of California, | D.C. No. 8:13-cv-00683-JLS-JC Central District of California, Santa Ana |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA, | |
| Respondent, | |
| TATA CONSULTANCY SERVICES LTD, an Indian corporation, and TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation, | |
| Real Parties in Interest. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
8/19/14
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MAT\_\_\_\_\_ DEPUTY

Before:  SCHROEDER, THOMAS, and N.R. SMITH, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant a response.

*See* Fed. R. App. P. 21(b).  Accordingly, within 14 days after the date of this order, the real parties in interest shall file a response.

SM/MOATT

The district court, within 14 days after the date of this order, may file a response if it so desires.  Petitioner may file a reply within 5 days after service of the later-filed response(s).  The petition, response(s) and any reply shall be referred to the next available motions panel.

The Clerk shall serve this order on the district court and District Judge Staton.