Todd C. Theodora, Esq. (State Bar No. 120426)
ttheodora@tocounsel.com
Allan L. Schare, Esq. (State Bar No. 126305)
aschare@tocounsel.com
Timothy J. Gorry, Esq. (State Bar No. 143797)
tgorry@tocounsel.com
Andrew G. Prout, Esq. (State Bar No. 287325)
aprout@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA  92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for Plaintiff and
Counterdefendant County of Orange

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| COUNTY OF ORANGE,<br><br>         Plaintiff,<br><br>     vs.<br><br>TATA CONSULTANCY SERVICES LTD., an Indian corporation; TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation,<br><br>         Defendants. | Case No. SACV 13-683-JLS (JCx)<br><br>[Honorable Josephine L. Staton]<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:     April 30, 2013<br>Trial Date:        August 2, 2016 |
| TATA AMERICA INTERNATIONAL CORPORATION, a New York corporation,<br><br>         Counterclaimant,<br><br>     v.<br><br>COUNTY OF ORANGE, a political subdivision of the State of California,<br><br>         Counterdefendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 40-2, Plaintiff and Counterdefendant County of Orange (the "County") hereby notifies the Court that the County and Defendant Tata Consultancy Services Ltd. and Defendant and Counterclaimant Tata America International Corporation (collectively, "Tata") have reached a settlement of the above entitled case in its entirety.  The material terms of the settlement were set forth on the record this morning before United States Magistrate Judge Jay C. Gandhi and have been agreed to by all parties.

The settlement is subject to (1) execution of a written settlement agreement and mutual release ("Settlement Agreement") to be executed by the County and Tata, the terms of which counsel for the parties are currently in the process of finalizing, and (2) formal approval by the County Board of Supervisors.  The parties anticipate consummating the settlement and filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 within thirty (30) days.

DATED: July 27, 2016              THEODORA ORINGHER PC


                                  By:  /s/ Allan L. Schare
                                       Todd C. Theodora
                                       Allan L. Schare
                                       Timothy Gorry
                                       Attorneys for Plaintiff and Counterdefendant
                                       County of Orange